UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DELTA L. EADY,

                      Plaintiff,

       v.                                        9:05-CV-0824

HARLEY G. LAPPIN; KATHLEEN H. SAWYER;
HARRELL WATTS; M.F. RAY; KIM WHITE;
THOMAS E. WASHBURN; MICHAEL NALLY;
D.B. DREW; W.A. SHERROD; C. CHESTER;
C. SULLIVAN; E. MILLER; D. MARINI; S. LUCAS;
R. HALLADAY; CINK; DOBSON; S. LIBERTY;
T. ROOT; SMITH; M. PICERNO; MACNERLAND;
B. SALAMY; K. JOHNSON; D. RYAN; S. SNYDER;
BOUTIN; HAMILTON; W.R. EVANS; L. WINGER;
S.D. NILES; D.C. MALONEY; C. WILLIAMS;
D. RIEHLE; B. DOOLEY; J. DAVIS; SILVA; GONYEA;
STONE; P. SHIPMAN; R. BURDT; D. WILCOX; BAKER;
HOLTS; K. HAYES; SYNDER; FITZPATRICK; LOVETT;
BROWN; E. BROWN; HART; BESAW; POIRIER; DARRAH;
DESILEPS; STRAIGHT; LAPOINT; DUMAS; B. SHULL;
VANYSERLOO; BABCOCK; MINA; PHILLIPS; B. SHENE;
GODDEAU; FITZGERALD; J. PICKREIGN; JAMES DOE;
JIM DOE; and JERRY DOE,

                      Defendants.
_____

APPEARANCES:                               OF COUNSEL:

DELTA L. EADY, No. 13057-074
 Plaintiff, *Pro Se*
United States Penitentiary Big Sandy
P.O. Box 2068
Inez, KY 41224

HON. GLENN T. SUDDABY              BARBARA D. COTTRELL, ESQ.
U.S. Attorney for the Northern District of NY    Assistant U.S. Attorney
 Counsel for Defendants
445 Broadway, James T. Foley U.S. Courthouse
Albany, NY 12207-2924

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 30th day of April, 2007.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Defendants' motion to revoke Plaintiff's *informa pauperis* status and to conditionally dismiss his complaint is denied.

3. The Plaintiff's motion for sanctions is denied.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated:  May 22, 2007
         Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge